Libby Shulman, Appellee, v. John J. Moser, Appellant.

Gen. No. 23,170.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. EDMUND
K. JARECKI, Judge, presiding.   Heard in the Branch Appellate
Court at the March term, 1917.   Affirmed.   Opinion filed November
30, 1917.   Rehearing denied December 14, 1917.

### Statement of the Case.

Forcible entry and detainer by Libby Shulman,
plaintiff, against John J. Moser, defendant, to dis-
possess defendant for nonpayment of rent.   A judg-
ment was entered on the verdict for possession and an
order entered for the issuance of a writ of restitution,
and defendant appeals.

JOHN J. MOSER, pro se.

No appearance for appellee.

MR. JUSTICE TAYLOR delivered the opinion of the
court.

### Abstract of the Decision.

LANDLORD AND TENANT, § 503*—when evidence shows default as
to rent at time of service of notice to quit.   On forcible entry and
detainer to recover possession of leased premises for nonpayment
of rent, evidence held sufficient to support a finding that at the
time notice to quit was served on defendant he was in default as
to the rent.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.